FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-19-00737-CR, 04-19-00738-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942, 6023
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On September 29, 2021, this court issued its opinion and judgment in this appeal. On September 30, 2021, Appellant timely filed a motion for a sixteen-day extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motion for rehearing is due on November 1, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court